DAVID B. LOWRY  
9900 SW Greenburg Road  
Columbia Business Center, Suite 235  
Portland, Oregon 97223  
(503) 245-6309  
OSB NO. 73372  

Attorney for Plaintiff  

IN THE UNITED STATES DISTRICT COURT  

FOR THE DISTRICT OF OREGON  

**Robert Tromblay**  

       **Plaintiff,**  

vs.     Civil No. 05-cv-00475-HA  

**Commissioner of Social Security**  

       **Defendant.**     **ORDER GRANTING AWARD OF EAJA FEES**  

    Pursuant to Stipulation, and good cause appearing therefore,  

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$1.20**, costs in the amount of **$9.20**, and attorney's fees in the amount of **$5532.28** for total in the amount of **$5542.68**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.  

Done this 24 day of March, 2006.  

                            _____  
                            Judge  

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**